FILED

01/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0596

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0596

STATE OF MONTANA,

     Plaintiff and Appellant,

v.

MICHAEL JAMES COYLE,

     Defendant and Appellee.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 21, 2025, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 14 2025